**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:26-00141-01-CR-W-BP |
| Plaintiff, | *(Making False Statements in the Acquisition of a Firearm)* |
| v. | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) |
| | NMT: 10 Years' Imprisonment |
| AKOUT A. MALUAL | NMT: $250,000 Fine |
| [DOB: 06/14/2000] | NMT: Three Years' Supervised Release |
| | Class C Felony |
| Defendant. | |
| | $100 Mandatory Special Assessment |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or between November 13, 2025 and November 17, 2025, in the Western District of Missouri, the defendant, AKOUT A. MALUAL, in connection with the acquisition of a firearm, that is, a Heckler & Koch, Model VP9, 9mm pistol, bearing Serial Number 224-095530, from a licensed firearms dealer in Kansas City, Missouri, did knowingly make a false and fictitious written statement to the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to the defendant AKOUT A. MALUAL under Chapter 44 of Title 18, in that AKOUT A. MALUAL represented that she was the actual buyer/transferee of the firearm, when in fact AKOUT A. MALUAL was not the actual buyer/transferee of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL.

April 13, 2026
DATE

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

*/s/Jessica L. Jennings*
Jessica L. Jennings
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri