# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

AKOUT A. MALUAL,

               Defendant.

Case No. 26-00141-01-CR-W-BP

## MOTION FOR DETENTION

Comes now the United States of America, by and through its undersigned counsel, and hereby moves this Court to order the detention of defendant Akout A. Malual, and states the following in support of the motion:

1. This motion is being made at the defendant's first appearance before a judicial officer. An Indictment has been filed charging the defendants with one count, charging the defendant with making false statements in the acquisition of a firearm in violation of 18 U.S.C. § 922(a)(6) and 924(a)(2).

2. This case involves the possession or use of a firearm as that term is defined in 18 U.S.C. § 921. *See* 18 U.S.C. § 3142(f)(1)(E).

3. Based on the charges and the present motion, this Court "shall hold a hearing to determine whether any condition or combination of conditions . . . will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f).

4. Under the Bail Reform Act, a defendant can be detained before if "the government shows by clear and convincing evidence that no release condition or set of conditions will reasonably assure the safety of the community and by a preponderance of the evidence that no

condition or set of conditions . . . will reasonably assure the defendant's appearance can a defendant be detained before trial." *United States v. Kisling*, 334 F.3d 734, 735 (8th Cir. 2003) (quoting *United States v. Orta*, 760 F.2d 887, 891 & n.20 (8th Cir. 1985) (en banc)).

5.     In determining whether pretrial detention is appropriate, the Court shall consider information concerning the nature and circumstance of the offense, the weight of the evidence against the defendant, the defendant's history and characteristics, and the danger to any person of community posed by the defendant's release.  18 U.S.C. § 3142(g).

6.     Moreover, the weight of the evidence against the defendants is strong. The defendant knowingly represented that she was the actual buyer/transferee of the firearm she purchased, when in fact she was purchasing it for another individual.

7.     The defendant purchased the firearm on or between November 13, 2025, and November 17, 2025.  The defendant purchased the firearm for another individual, who used the firearm in three separate shootings, two of which resulted in homicides.  The shootings occurred on December 3, 2025, and December 21, 2025.

8.     The United States submits that there are no conditions which the Court could place on the defendant's release which would reasonably assure the safety of the community by clear and convincing evidence and reasonably assure the defendants' appearance by a preponderance of the evidence.

WHEREFORE, based on the foregoing, the United States requests that the Court hold a Detention Hearing in accordance with 18 U.S.C. § 3142(f), and following such hearing, order the detention of the defendants.

Respectfully submitted,

R. Matthew Price
United States Attorney

By   /s/ Jessica L. Jennings

Jessica L. Jennings
Assistant United States Attorney
VICDTR - HSTF
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on April 22, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri, a copy of the foregoing will be hand-delivered the to the defendant at her first appearance before a judicial officer.

/s/ Jessica L. Jennings
Jessica L. Jennings
Assistant United States Attorney

3